UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANTISSA D. WADE,<br>    Plaintiff(s),<br>v.<br>VERNESSA GARLAND, et al.,<br>    Defendant(s). | CASE NO. C25-0983-KKE<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On August 6, 2025, the Court dismissed Plaintiff Chantissa D. Wade's complaint without prejudice and ordered Wade to file an amended complaint by September 8, 2025. Dkt. No. 7 at 5. After setting forth the deficiencies in Wade's complaint, the Court warned that the "action may be dismissed for failure to prosecute and failure to obey the Court's order." *Id.* Despite the Court's order, Wade failed to timely file an amended complaint. Under Federal Rule of Civil Procedure 41(b), courts have discretion to dismiss a case "[i]f the plaintiff fails to prosecute or comply with … a court order." Fed. R. Civ. P. 41(b). Courts may, on their own motion, dismiss a case for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962). Because Wade failed to comply with the Court's order, the Court dismisses the case without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated this 16th day of September, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE - 1